# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **TIMOTHY JON ELGIN,** <br><br> Defendant. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 2:20-CR-00048-DAK-1 <br><br> Judge Dale A. Kimball |

This matter is before the court on Defendant's Motion for Furlough. (ECF No. 28.) In his motion, Defendant seeks a furlough for an unspecified amount of time and on an unspecified date to attend his aunt's funeral in Connecticut. Before the court may grant a motion for furlough, a defendant must show "by clear and convincing evidence that [he or she] is not likely to flee or pose a danger to the safety of any other person or the community if released." 18 U.S.C.A. § 3143(B). Defendant has not met this burden.

The court will not belabor the point in denying Defendant's motion. The Presentence Investigation Report (ECF No. 19 (sealed)) demonstrates that Defendant has a serious, repeating, and apparently ongoing problem with child pornography. The nature of Defendant's crimes and conduct convince the court that Defendant would pose a real and serious danger to the community if furloughed even for a short time. Accordingly, Defendant's Motion for Furlough is DENIED. (ECF No. 28.)

DATED this 22nd day of February, 2021.

                                                BY THE COURT:

                                                _____
                                                DALE A. KIMBALL
                                                United States District Judge